

June 6, 2020

**VIA ELECTRONIC FILING**

Clerk of the Court
United States District Court
Northern District of New York
100 S. Clinton Street
Syracuse, New York 13261

    Re:    <u>SEALED v. SEALED</u>

Dear Clerk of the Court:

    This complaint is being brought pursuant to the Federal False Claims Act, Title 31, United States Code, section 3729 *et seq.* Section 3730(b)(2) requires that the complaint be filed seal.

    Due to the current COVID-19 circumstances and limited accessibility to the courthouse, I spoke to Kimberly Pikarsky of the Clerk's Office who indicated that the filing of the sealed complaint and accompanying motion to seal would be accepted via email. Pursuant to Ms. Pikarsky's instructions, Relator's counsel has filed a redacted civil cover sheet and this letter into this shell case and will pay the $400.00 filing fee. Immediately upon filing the case, we will email the sealed complaint and motion to seal to Ms. Pikarsky as per her instructions.

    Please do not hesitate to contact me with any questions or concerns.

    Respectfully submitted,

    **/s/ Jonathan W. Ferris**

    Jonathan W. Ferris

693 East Avenue, Rochester, New York 14607  **tel:** 585.272.0540  **fax:** 585.272.0574
jferris@theemploymentattorneys.com • www.theemploymentattorneys.com