# Complaints and Other Initiating Documents

5:00-at-99999 Plaintiff v. Defendant

## U.S. District Court

Northern District of New York - Main Office (Syracuse) [NextGen CM/ECF Release 1.3 (Revision 1.3.6)]

## Notice of Electronic Filing

The following transaction was entered by Ferris, Jonathan on 6/6/2020 at 9:11 PM EDT and filed on 6/6/2020

**Case Name:** Plaintiff v. Defendant
**Case Number:** 5:00-at-99999
**Filer:** Plaintiff
**Document Number:** 38

**Docket Text:**
**COMPLAINT against Defendant (Filing fee $400 receipt number ANYNDC-5136604) filed by Plaintiff. (Attachments: # (1) Civil Cover Sheet)(Ferris, Jonathan)**

5:00-at-99999 Notice has been electronically mailed to:

5:00-at-99999 Notice has been delivered by other means to:

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1051896954 [Date=6/6/2020] [FileNumber=4879773-0]
[242ee31b1b82c9f1744c27fdcc9987fbe187bae6fbcaf25fccbea4c1c05277bf657f
66b63a20bac2c6ebae0826e16a8a11354b5950842c38072336eaffbdeb88]]

**Document description:** Civil Cover Sheet
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1051896954 [Date=6/6/2020] [FileNumber=4879773-1]
[3c04d7ea320d2e50f3c9e108fa89fec67c738afec225222abdca78a22c1dc9cf1513
4e2c1f2827126443cda95c61adcf7a87fde2617115173976207d4add99b3]]