**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF NEW YORK ex *rel.* DR. HELENE BERNSTEIN, MD, PhD,<br><br>                     Plaintiff,<br><br>v.<br><br>DR. ROBERT SILVERMAN, UNIVERSITY OB/GYN ASSOCIATES, INC., CROUSE HEALTH HOSPITAL, INC., & CROUSE HEALTH SYSTEM, INC.,<br><br>                     Defendants. | Civil Action No. 5:20-CV-630 (MAD/ATB)<br><br>**FILED UNDER SEAL** |

## ORDER

Upon consideration of the United States' Letter Motion to Extend Time to Intervene, it is hereby ORDERED that the Motion be and it hereby is GRANTED, and it is further

ORDERED that the United States shall have until November 10, 2021 to intervene in the above-captioned action or to notify the Court that it declines to do so, and it is further

ORDERED that except as stated in this Court's November 3, 2020 Order, the complaint and all other documents in this action shall remain under seal until further order of this Court, and it is further

ORDERED that the extension of the seal and the date for intervention also shall be deemed to be
for the benefit of the State of New York, and it is further

ORDERED that the United States shall provide a copy of this ORDER, but not the United States' Letter Motion, to the relator and the State of New York.

IT IS SO ORDERED.

May _____, 2021

                                                      _____
                                                      Hon. Andrew T. Baxter
                                                    United States Magistrate Judge